IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD BRETT ROBINSON                                    PLAINTIFF
SO #66132

v.                         No: 4:20-cv-1000-DPM

SHANE JONES, Sheriff, Pope County
Detention Center; ROWDY SWEET,
Captain, Pope County Detention Center;
and BLAKE WILSON, Chief, Pope
County Detention Center                                   DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Robinson hasn't updated his address with the Clerk; instead, his mail is still being returned undelivered. *Doc. 5–7*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion for leave to proceed *in forma pauperis*, *Doc. 3*, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2020