IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD BRETT ROBINSON                                              PLAINTIFF
SO #66132

v.                          No: 4:20-cv-1000-DPM

SHANE JONES, Sheriff, Pope County
Detention Center; ROWDY SWEET,
Captain, Pope County Detention Center;
and BLAKE WILSON, Chief, Pope
County Detention Center                                             DEFENDANTS

## JUDGMENT

Robinson's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

3 December 2020